AO 10
Rev. 1/2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 10/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

211 W. Ford Street
Suite 1610
Detroit, Michigan 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Member | MWCM LLC |
| 6. | Member | Powder, LLC |
| 7. | Trustee | Trust #2 |
| 8. | Trustee | Trust #3 |
| 9. | Trustee | Trust #4 |
| 10. | Director / President | Family Foundation #1 |
| 11. | Director | Family Foundation #2 |
| 12. | Custodian | Brokerage account #1 UGMA |
| 13. | Custodian | Brokerage account #2 UGMA |
| 14. | Trustee | Rholick Foundation |
| 15. | Member | Home Properties, LLC |
| 16. | Administratrix | Estate JJW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pension | Wayne County, Michigan |
| 2. Pension | State of Michigan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | K | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - CSTGX | A | Dividend | | | Matured | 09/16/13 | J | | |
| 8. - VAFAX | A | Dividend | J | T | Spinoff (from line 7) | 09/16/13 | J | | |
| 9. - BTZ | B | Dividend | K | T | | | | | |
| 10. - FRDPX | A | Dividend | L | T | | | | | |
| 11. - SLMCX | A | Dividend | M | T | Buy (add'l) | 12/23/13 | J | | |
| 12. - SCAUX | A | Dividend | K | T | | | | | |
| 13. - FIF | B | Dividend | K | T | Buy (add'l) | 11/15/13 | J | | |
| 14. Brokerage account #3 (Baird) | | | | | | | | | |
| 15. - NWS | A | Dividend | J | T | | | | | |
| 16. - FOX | A | Dividend | K | T | Spinoff (from line 15) | 07/15/13 | K | | |
| 17. - SCAUX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18.    - FRDPX | A | Dividend | J | T | | | | | |
| 19.    - PHSTX | A | Dividend | K | T | | | | | |
| 20.    Brokerage account #4 cust UGMA FW (Baird) | | | | | | | | | |
| 21.    - ABALX | A | Dividend | J | T | | | | | |
| 22.    - CSTGX | A | Dividend | | | Matured | 09/16/13 | J | | |
| 23.    - VAFAX | A | Dividend | J | T | Spinoff (from line 22) | 09/16/13 | J | | |
| 24.    - FRBAX | A | Dividend | J | T | | | | | |
| 25.    - SCAUX | A | Dividend | J | T | | | | | |
| 26.    Brokerage account #5 cust UGMA BW (Baird) | | | | | | | | | |
| 27.    - CSTGX | | None | | | Matured | 09/16/13 | J | | |
| 28.    - VAFAX | A | Dividend | | | Merged (with line 27) | 09/23/13 | J | | |
| 29.    - FRBAX | B | Dividend | | | Sold | 06/17/13 | K | A | |
| 30.    - ABALX | A | Dividend | | | Sold | 06/17/13 | K | A | |
| 31.    Brokerage account #6 (Chase) | | | | | | | | | |
| 32.    - MJLXX | A | Interest | J | T | | | | | |
| 33.    - FPFC | | None | J | T | | | | | |
| 34.    - GENZ | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - MSFT | A | Dividend | J | T | | | | | |
| 36.   Brokerage account #8 (Ameriprise) | | | | | | | | | |
| 37.   - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 38.   - GE | A | Dividend | K | T | | | | | |
| 39.   - ASEI | A | Dividend | J | T | | | | | |
| 40.   - RCMT | | None | J | T | | | | | |
| 41.   Brokerage account #9 (Oppenheimer) | | | | | | | | | |
| 42.   - ADLXX | A | Interest | J | T | | | | | |
| 43.   - ASEI | A | Dividend | J | T | | | | | |
| 44.   - ELX | | None | J | T | | | | | |
| 45.   - QLGC | | None | K | T | | | | | |
| 46.   401k and 457 State of Michigan | | | | | | | | | |
| 47.   - SSga S&P 500 Index | | None | M | T | | | | | |
| 48.   - SSga MidCap Index | | None | N | T | | | | | |
| 49.   - SSga Russel 2000 Index | | None | M | T | | | | | |
| 50.   - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 51.   Wayne County Deferred Comp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 53.  Israel Bonds ugma 4/10 | B | Interest | K | T | | | | | |
| 54.  Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 55.  Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 56.  Israel Bonds ugma 4/2010 | B | Interest | K | T | | | | | |
| 57.  RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | T | | | | | |
| 58.  Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 59.  Marc Pharmaceutical stock | | None | J | T | | | | | |
| 60.  Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | T | | | | | |
| 61.  - LP Int RNJH Asso. LTD - see lines 64-103 | | | | | | | | | |
| 62.  Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | T | | | | | |
| 63.  - LP Int RNJH Asso. LTD - see lines 64-103 | | | | | | | | | |
| 64.  RNJH Associates Ltd. (LP Interest) (pro rata share) | D | Int./Div. | N | T | | | | | |
| 65.  - Acct # 1 Morgan Stanley | | | | | | | | | |
| 66.  - - Seadrill Ltd | | | | | Buy | 04/01/13 | K | | |
| 67.  - -Verizon Comm | | | | | Buy | 04/01/13 | K | | |
| 68.  - -IQ Hedge Multi-Strat Tracker | | | | | Buy | 04/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - - Guggenheim Mn Fd Futures Strat H | | | | | Buy | 04/01/13 | K | | |
| 70. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 71. - - IShares S&P Mid Cap 400 Growth | | | | | | | | | |
| 72. - - IShares S&P Sm Cap 600 Value | | | | | | | | | |
| 73. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 74. - - Powershares DB Comm Trk Inc. | | | | | | | | | |
| 75. - - SPDR Barclays Capital High Yield | | | | | | | | | |
| 76. - - SPDR Barclays Capital International | | | | | | | | | |
| 77. - - Vanguard Emerging Markets ETF | | | | | | | | | |
| 78. - - Vanguard REIT ETF | | | | | | | | | |
| 79. - - Vanguard Total Market | | | | | | | | | |
| 80. - - Blackrock Global Allocation A | | | | | | | | | |
| 81. - -Delaware Diversified Inc. A | | | | | | | | | |
| 82. - - First Eagle Global A | | | | | | | | | |
| 83. - - Goldman Sachs Abslte Ret Trk A (GARTX) (rep as GARTY) | | | | | Sold | 04/01/13 | L | B | |
| 84. - - Ivy High Income A | | | | | | | | | |
| 85. - - Pimco Total Return A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - - RYDEX/SGI Managed FUT STR A | | | | | Sold | 04/01/13 | K | A | |
| 87. - - Alerian MLP ETF | | | | | | | | | |
| 88. - - First Trust DJ GL SEL DVD | | | | | | | | | |
| 89. - - First Trust Large Cap Growth A | | | | | | | | | |
| 90. - - First Trust Large Cap Value AL | | | | | | | | | |
| 91. - - First Trust Multi Cap Value | | | | | | | | | |
| 92. - - IShares Barclays TIPS Bd Fd | | | | | | | | | |
| 93. - - Invesco Balanced Risk Alloc A | | | | | | | | | |
| 94. - Acct # 2 - Morgan Stanley | | | | | | | | | |
| 95. - - Unit First Trust Int Rate Hedge 40 | | | | | | | | | |
| 96. - - Unit First Trust Senior Loan & Ltd 34 | | | | | | | | | |
| 97. - - Unit Guggenheim MLP2 | | | | | Buy | 04/24/13 | K | | |
| 98. - - Unit Van Kampen High Inc All 2 | | | | | Buy | 03/28/13 | L | | |
| 99. - - Unit First Trust Strat Inc CE 33 | | | | | Buy | 01/04/13 | L | | |
| 100. - - Unit First Trust Target Global Leaders | | | | | Buy | 06/14/13 | J | | |
| 101. - -Unit First Trust Strategic Inc CE 24 | | | | | Sold | 01/04/13 | L | | |
| 102. - - Unit First Trust Target Div Leaders 2nd Qtr 12 | | | | | Sold | 06/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - - Unit guggenheim Closed-End Infrastructure MLP 10 | | | | | Sold | 04/24/13 | K | | |
| 104.  RNJH Asso., Inc. (all assets distributed in prior period) | | | | | | | | | |
| 105.  Trust # 4, RWLTITNAR, Trustee | D | Int./Div. | P1 | T | | | | | |
| 106.  - - Credit Suisse MM Fund | | | | | | | | | |
| 107.  - - Drefus Treasury Prime Inv. SH | | | | | | | | | |
| 108.  - - IShares TR Russell 2000 Index Fd | | | | | Sold | 03/12/13 | M | C | |
| 109.  - - IShares TR MSCI Emerging Mkts Index FD | | | | | Buy | 08/16/13 | L | | |
| 110. | | | | | Buy (add'l) | 11/02/13 | L | | |
| 111.  - - SPDR S&P 500 EFTR TR TR Unit | | | | | | | | | |
| 112.  - - SPDR Dow Jones Indl Avg ETF TR UNIT | | | | | Sold | 01/03/13 | N | C | |
| 113.  - - Powershares QQQ TR Unit Series 1 | | | | | Buy | 11/29/13 | M | | |
| 114. | | | | | Buy (add'l) | 11/30/13 | M | | |
| 115.  Trust #5 RWLTITHW shared beneficial interest | D | Int./Div. | P1 | T | | | | | |
| 116.  - - US Treasury MM Fund - Credit Suisse | | | | | | | | | |
| 117.  - - Brokerage Account - Morgan Stanley | | | | | | | | | |
| 118.  - - Alerian MLP ETF | | | | | | | | | |
| 119.  - - First Trust DJ GL SEL DVD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - - First Trust Large CAP Growth | | | | | | | | | |
| 121. - - First Trust Large CAP Value ETF | | | | | | | | | |
| 122. - - First Trust Multi CAP Value | | | | | | | | | |
| 123. - - IShares Barclays Tips BD FD | | | | | | | | | |
| 124. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 125. - - IShares S&P Sm Cap 600 Val | | | | | | | | | |
| 126. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 127. - - Powershares DB Comm TRK, Inc. | | | | | | | | | |
| 128. - - SPDR Barclays Capital High Yield | | | | | | | | | |
| 129. - - SPDR Barclays Capital International | | | | | | | | | |
| 130. - - IShares S&P Mid Cap 400 Growth | | | | | | | | | |
| 131. - - Vanguard Total Bond Mkt | | | | | | | | | |
| 132. - - Vanguard EMG MKTS | | | | | | | | | |
| 133. - -Blackrock Global | | | | | | | | | |
| 134. - - Ivy Asset A | | | | | | | | | |
| 135. - - First Eagle Global A | | | | | | | | | |
| 136. - - Goldman Sachs Abslte Ret Trk A (GARTX) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - - Vanguard REIT | | | | | | | | | |
| 138. - -RYDEX/SGI Managed FUT STR A | | | | | | | | | |
| 139. - - RS Floating Rate A | | | | | | | | | |
| 140. MWCM LLC, Ltd Ptr, RE development Macomb MI | A | Interest | L | W | | | | | |
| 141. Powder, LLC joint interest in condo in Copper Mtn, CO | | None | M | W | | | | | |
| 142. Condominium in Snowmass, Colorado | C | Rent | O | W | | | | | |
| 143. Residential property located at ▮▮▮ Snowmass, CO | C | Rent | P1 | W | Buy | 02/01/13 | P1 | | |
| 144. NJH Associates, Partner | G | Distribution | M | W | | | | | |
| 145. - Vendee's interest in unimproved CA property | | | | | | | | | |
| 146. - BJW Associates Real Estate NYC | | | | | | | | | |
| 147. - Lexington Ave Assoc Real Estate NYC | | | | | | | | | |
| 148. - First Sutton Assoc Real Estate NYC | | | | | | | | | |
| 149. - Asbury Plaza Venture, Real Estate, Chicago | | | | | | | | | |
| 150. - Alma Assoc. Real Estate Arkansas | | | | | | | | | |
| 151. - Belmont Madison Assoc Real Estate NYC | | | | | | | | | |
| 152. - Lincoln Terrace Assoc. NYC | | | | | | | | | |
| 153. NJHA Assoc., Partner | B | Interest | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 4400 University Ltd Partnership | A | Interest | K | W | | | | | |
| 155. 2001 Trust, shared beneficial interest | E | Int./Div. | P1 | T | | | | | |
| 156. - - Escrowed Funds - cash accounts held at BOA and JPM | | | | | | | | | |
| 157. - - JPM Private Equity | | | | | | | | | |
| 158. - - JPM Tax Free MM | | | | | | | | | |
| 159. 2006 Trust, shared beneficial interest | A | Int./Div. | O | T | | | | | |
| 160. - - Escrowed Funds - cash accounts held at BOA and JPM | | | | | | | | | |
| 161. - - JPM Tax Free MM | | | | | | | | | |
| 162. 2007 Trust, shared beneficial interest | E | Int./Div. | P1 | T | | | | | |
| 163. - - Escrowed Funds - cash accounts held at BOA and JPM | | | | | | | | | |
| 164. - - JPM Private Equity | | | | | | | | | |
| 165. - - JPM Tax Free MM | | | | | | | | | |
| 166. LTR 2010 Trust, shared beneficial interest | G | Int./Div. | P3 | T | | | | | |
| 167. - - JP Morgan Money Market | | | | | | | | | |
| 168. - - State of California Pub Imps Bonds | | | | | Sold | 02/21/13 | O | G | |
| 169. - - JPM Tax Free Resv Sweep FD | | | | | | | | | |
| 170. - - City of NY NY Ref Pub Imp Bonds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - - City of NY NY Ref Pub Imps Bonds | | | | | | | | | |
| 172. - - City of NY NY Muni Wtr Bonds | | | | | | | | | |
| 173. - - State of NY Pub Imps Bonds | | | | | Sold | 02/21/13 | N | D | |
| 174. - - Puerto Rico Bonds | | | | | Sold | 02/21/13 | N | F | |
| 175. - - RAI SPV2, LLC | | | | | | | | | |
| 176. - - Residential Fund 321, LLC | | | | | | | | | |
| 177. - - NADG US Supermarket Anchored Fund | | | | | | | | | |
| 178. - - GloStream | | | | | | | | | |
| 179. - - Trends Restaurant Group, LLC | | | | | | | | | |
| 180. - - Loans Receivable from HW | | | | | | | | | |
| 181. - - Wells Fargo Acct | | | | | | | | | |
| 182. - - Mortgage Loan to F&M L | | | | | | | | | |
| 183. - - Habitat (Ann Arbor Apts) Investment | | | | | | | | | |
| 184. - - NADG US Core Plus Acquisition Fund | | | | | Buy | 06/13/13 | M | | |
| 185. - - NT checking acct | | | | | Open | 02/28/13 | L | | |
| 186. - - NT Investment Account (see lines 187 - 337) | | | | | | | | | |
| 187. - - Abbvie Inc. | | | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188.  - - Aflac, Inc. | | | | | Buy | 03/15/13 | J | | |
| 189.  - - Alexion Pharmaceuticals | | | | | Buy | 03/15/13 | J | | |
| 190.  - Altria Group | | | | | Buy | 03/15/13 | J | | |
| 191.  - -Amazon, Inc. | | | | | Buy | 03/15/13 | J | | |
| 192.  - -American Express Co. | | | | | Buy | 03/15/13 | J | | |
| 193.  - - American Tower Corp | | | | | Buy | 03/15/13 | J | | |
| 194.  - - Ameriprise Financial, Inc. | | | | | Buy | 03/15/13 | J | | |
| 195.  - -Apache Corp | | | | | Buy | 03/15/13 | J | | |
| 196.  - - Apple, Inc. | | | | | Buy | 03/15/13 | K | | |
| 197.  - -Baxter Intl, Inc. | | | | | Buy | 03/15/13 | J | | |
| 198.  - -Biogen Idec, Inc. | | | | | Buy | 03/15/13 | J | | |
| 199.  - -Boeing Co. | | | | | Buy | 03/15/13 | J | | |
| 200.  - -Caterpillar, Inc. | | | | | Buy | 03/15/13 | J | | |
| 201.  - -Celgene Corp | | | | | Buy | 03/15/13 | J | | |
| 202.  - -Chevron Corp | | | | | Buy | 03/15/13 | J | | |
| 203.  - -Coach, Inc. | | | | | Buy | 03/15/13 | J | | |
| 204.  - -Colgate-Palmolive Co. | | | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - -Continental Res, Inc. | | | | | Buy | 03/15/13 | J | | |
| 206.  - -Costco Wholesale Corp | | | | | Buy | 03/15/13 | J | | |
| 207.  - -Cummins, Inc. | | | | | Buy | 03/15/13 | J | | |
| 208.  - -Danaher Corp | | | | | Buy | 03/15/13 | J | | |
| 209.  - -Discover Financial Svcs | | | | | Buy | 03/15/13 | J | | |
| 210.  - -Du Pont E I De Nemours & Co | | | | | Buy | 03/15/13 | J | | |
| 211.  - -Eaton Corp PLC | | | | | Buy | 03/15/13 | J | | |
| 212.  - -EBay, Inc. | | | | | Buy | 03/15/13 | J | | |
| 213.  - -Estee Lauder Companies, Inc. | | | | | Buy | 03/15/13 | J | | |
| 214.  - -Express Scripts Holdg Co | | | | | Buy | 03/15/13 | J | | |
| 215.  - -Exxon Mobil Corp | | | | | Buy | 03/15/13 | J | | |
| 216.  - -Facebook, Inc. | | | | | Buy | 03/15/13 | J | | |
| 217.  - -Gilead Sciences, inc. | | | | | Buy | 03/15/13 | J | | |
| 218.  - -Google, Inc. Class A | | | | | Buy | 03/15/13 | K | | |
| 219.  - -Grainger, W.W., Inc. | | | | | Buy | 03/15/13 | J | | |
| 220.  - -Home Depot, Inc. | | | | | Buy | 03/15/13 | J | | |
| 221.  - - Intercontinental Exchange Group | | | | | Buy | 03/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - -Kellogg Co | | | | | Buy | 03/15/13 | J | | |
| 223. - -LinkedIn Corp Class A | | | | | Buy | 03/15/13 | J | | |
| 224. - - Lockheed Martin Corp | | | | | Buy | 03/15/13 | J | | |
| 225. - -Lyondellbasell Industries | | | | | Buy | 03/15/13 | J | | |
| 226. - -Marathan Pete Corp | | | | | Buy | 03/15/13 | K | | |
| 227. - -Mastercard, Inc. | | | | | Buy | 03/15/13 | J | | |
| 228. - -McDonalds Corp | | | | | Buy | 03/15/13 | J | | |
| 229. - -McGraw Hill Financial Inc. | | | | | Buy | 03/15/13 | J | | |
| 230. - - MFB Northern FDS Stk Index Fund | | | | | Buy | 03/15/13 | L | | |
| 231. - -Michael Kors Holdings Ltd | | | | | Buy | 03/15/13 | J | | |
| 232. - -Microsoft Corp | | | | | Buy | 03/15/13 | J | | |
| 233. - -Monsanto Co New | | | | | Buy | 03/15/13 | J | | |
| 234. - -Mylan Inc. | | | | | Buy | 03/15/13 | J | | |
| 235. - - National Oilwell Varco | | | | | Buy | 03/15/13 | J | | |
| 236. - -Nike, Inc. Class B | | | | | Buy | 03/15/13 | J | | |
| 237. - -Nobel Energy, Inc. | | | | | Buy | 03/15/13 | J | | |
| 238. - -Pepsico, inc. | | | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - -Philip Morris Intl | | | | | Buy | 03/15/13 | J | | |
| 240. - -Precision CastParts Corp | | | | | Buy | 03/15/13 | J | | |
| 241. - -Price T. Rowe Group | | | | | Buy | 03/15/13 | J | | |
| 242. - -Priceline Com, Inc. | | | | | Buy | 03/15/13 | J | | |
| 243. - -Qualcomm Inc. | | | | | Buy | 03/15/13 | J | | |
| 244. - -Regeneron Pharmaceuticals, Inc. | | | | | Buy | 03/15/13 | J | | |
| 245. - -Ross Stores, Inc. | | | | | Buy | 03/15/13 | J | | |
| 246. - -SalesForce Com, Inc. | | | | | Buy | 03/15/13 | J | | |
| 247. - - Schlumberger Ltd | | | | | Buy | 03/15/13 | J | | |
| 248. - -Starbucks Corp | | | | | Buy | 03/15/13 | J | | |
| 249. - -TJX Cos, Inc. | | | | | Buy | 03/15/13 | J | | |
| 250. - -United Parcel Svc | | | | | Buy | 03/15/13 | J | | |
| 251. - - Verizon Communications | | | | | Buy | 03/15/13 | J | | |
| 252. - -Walt Disney Co. | | | | | Buy | 03/22/13 | J | | |
| 253. - Western Digital Corp. | | | | | Buy | 03/15/13 | J | | |
| 254. - -Whole Foods Mkt | | | | | Buy | 03/15/13 | J | | |
| 255. - -Yum Brands, Inc. | | | | | Buy | 03/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - - AES Corp | | | | | Buy | 03/15/13 | J | | |
| 257. - -American Cap Agy Corp | | | | | Buy | 03/15/13 | J | | |
| 258. - -Apartment Invt & Mgmt Co | | | | | Buy | 03/15/13 | J | | |
| 259. - -Biomarin Pharmaceutical Inc. | | | | | Buy | 03/15/13 | J | | |
| 260. - -Campbell Soup Co. | | | | | Buy | 03/15/13 | J | | |
| 261. - -CBOE Holdings, Inc. | | | | | Buy | 03/15/13 | J | | |
| 262. - -CF Inds Holds, Inc. | | | | | Buy | 03/15/13 | J | | |
| 263. - -Church & Dwight Inc. | | | | | Buy | 03/15/13 | J | | |
| 264. - - Citrix Systems, Inc. | | | | | Buy | 03/15/13 | J | | |
| 265. - -Easton Vanc Corp | | | | | Buy | 03/15/13 | J | | |
| 266. - -Edwards Lifescinences Corp | | | | | Buy | 03/15/13 | J | | |
| 267. - -Endo Health Solutions, Inc. | | | | | Buy | 03/15/13 | J | | |
| 268. - -Herbalife Ltd | | | | | Buy | 03/15/13 | J | | |
| 269. - -Hollyfrontier Corp | | | | | Buy | 03/15/13 | J | | |
| 270. - - Intuitive Surgical Inc. | | | | | Buy | 03/15/13 | J | | |
| 271. - -Jacobs Energy Group | | | | | Buy | 03/15/13 | J | | |
| 272. - -Joy Global, Inc. | | | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - - Kansas City Southern | | | | | Buy | 03/15/13 | J | | |
| 274. - - Kla-Tencor Corp | | | | | Buy | 03/15/13 | J | | |
| 275. - - MFB Northern Mid Cap Index Fund | | | | | Buy | 03/15/13 | M | | |
| 276. - - MFB Northern Multi-Manager Mid Cap Fund | | | | | Buy | 03/15/13 | L | | |
| 277. - -Murphy Oil Corp | | | | | Buy | 03/15/13 | J | | |
| 278. - -Newmarket Corp | | | | | Buy | 03/15/13 | J | | |
| 279. - -Oasis Pete Inc. | | | | | Buy | 03/15/13 | J | | |
| 280. - -Panera Bread Co. | | | | | Buy | 03/15/13 | J | | |
| 281. - -Patterson-UTI Energy | | | | | Buy | 03/15/13 | J | | |
| 282. - -Rockwell Collins, Inc. | | | | | Buy | 03/15/13 | J | | |
| 283. - -RPC, Inc. | | | | | Buy | 03/15/13 | J | | |
| 284. - -SLM Corp | | | | | Buy | 03/15/13 | J | | |
| 285. - -SM Energy Co. | | | | | Buy | 03/15/13 | J | | |
| 286. - -Stericycle, Inc. | | | | | Buy | 03/15/13 | J | | |
| 287. - - Tractor Supply Co | | | | | Buy | 03/15/13 | J | | |
| 288. - -Trimble Nav Ltd. | | | | | Buy | 03/15/13 | J | | |
| 289. - -United Therapeutics Corp | | | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - -Valmont Inds, Inc. | | | | | Buy | 03/15/13 | J | | |
| 291. - -Waddell & Reed Financial | | | | | Buy | 03/15/13 | J | | |
| 292. - -Western Union Co | | | | | Buy | 03/15/13 | J | | |
| 293. - -Landstar Systems, Inc. | | | | | Buy | 03/15/13 | J | | |
| 294. - -MFC Ishares Trust Core S&P Small Cap ETF | | | | | Buy | 03/15/13 | K | | |
| 295. - -MFO DFA US Small Cap Portfolio | | | | | Buy | 03/15/13 | L | | |
| 296. - - Ultra Pete Corp | | | | | Buy | 03/15/13 | J | | |
| 297. - -Catamaran Corp | | | | | Buy | 03/15/13 | J | | |
| 298. - -MFB Northern Intl Equity Index Fund | | | | | Buy | 03/15/13 | M | | |
| 299. - -MFC FlexShares TR Morninginstar Dev Market Ex US Factor Fd | | | | | Buy | 03/15/13 | M | | |
| 300. - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | | | | | Buy | 03/15/13 | L | | |
| 301. - -MFO Neuberger Berman Equity Fds Intl Institutional Fund | | | | | Buy | 03/15/13 | M | | |
| 302. - -NXP Semiconductiors NV Com | | | | | Buy | 03/15/13 | J | | |
| 303. - -ARM Holdings PLC Sponsored ISIN | | | | | Buy | 03/15/13 | J | | |
| 304. - -NFB Northern Funds Multi-Manager Emerging Mkts Fund | | | | | Buy | 03/15/13 | M | | |
| 305. - -MFB Northern Funds Emerging Mkts Equity Index Fund | | | | | Buy | 03/15/13 | L | | |
| 306. - - MFO DFA Invt Dimensions Group, Inc. Emerging Mkts Core | | | | | Buy | 03/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - -Southern Copper Corp Del | | | | | Buy | 03/15/13 | J | | |
| 308. - -MFB Northern Funds Multi Manager High Yield Opp Fund | | | | | Buy | 03/15/13 | L | | |
| 309. - - MFB Northern High Yield Fixed Income Fund | | | | | Buy | 03/15/13 | L | | |
| 310. - - 2014 Minnesota State 5.0% | | | | | Buy | 03/15/13 | M | | |
| 311. - -Pennsylvania State Second Ser 5.0% | | | | | Buy | 03/15/13 | L | | |
| 312. - -University Ark Univ Resv 5.0% | | | | | Buy | 03/15/13 | L | | |
| 313. - -2015 Cherry Hill Twp NJ 2.0% | | | | | Buy | 03/15/13 | L | | |
| 314. - -New York State 3.5% | | | | | Buy | 03/15/13 | M | | |
| 315. - - 2018 David County Utah School District 4.0% | | | | | Buy | 03/15/13 | L | | |
| 316. - - Howard Co MD 5.0% | | | | | Buy | 03/15/13 | L | | |
| 317. - -Wake County NC 4.0% | | | | | Buy | 03/15/13 | L | | |
| 318. - - Bartow County GA 5.0% | | | | | Buy | 03/15/13 | L | | |
| 319. - -Delaware State 3.0% | | | | | Buy | 03/15/13 | L | | |
| 320. - -Minnesota State 5.0% | | | | | Buy | 03/15/13 | L | | |
| 321. - - New York, NY 5.0% | | | | | Buy | 03/15/13 | L | | |
| 322. - -Pennsylvania Economic Dev Fing Auth 5.0% | | | | | Buy | 03/15/13 | L | | |
| 323. - -Raleigh NC 5.0% | | | | | Buy | 03/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - -Texas State 5.0% | | | | | Buy | 03/15/13 | L | | |
| 325. - -Washington State 5.0% | | | | | Buy | 03/15/13 | L | | |
| 326. - -Eqgel Garfield & Routt County Colorado School Dist 5.0% | | | | | Buy | 03/15/13 | L | | |
| 327. - -New York State Dorm Auth St Pers Income Tax Rev 5.0% | | | | | Buy | 03/15/13 | L | | |
| 328. - -University Texas Univ Revs 5.0% | | | | | Buy | 03/15/13 | L | | |
| 329. - -California State 5.5% | | | | | Buy | 03/15/13 | M | | |
| 330. - - MFB Northern Fds High Yield Muni Fund | | | | | Buy | 03/15/13 | L | | |
| 331. - - MFC Flexshares TR IBOXX 3 year target Tips Index Fund | | | | | Buy | 03/15/13 | L | | |
| 332. - -MFC Flexshares TR IBOXX 5 year target Tips Index Fund | | | | | Buy | 03/15/13 | L | | |
| 333. - -MFB Northern Funds Multi Manager Global Real Estate Fund | | | | | Buy | 03/15/13 | L | | |
| 334. - - MFC Flexshares TR Morningstar Global Upstream Nat ResFd | | | | | Buy | 03/15/13 | L | | |
| 335. - -MFO RS Invt TR Global Natural Res Fund Fd Cl Y | | | | | Buy | 03/15/13 | K | | |
| 336. - - MFO Pimco Fds Pac Invt Mgmt Ser Commodity Real Return | | | | | Buy | 03/15/13 | K | | |
| 337. - -MFB Northern Funds Mun Money Market Fund | | | | | Buy | 03/15/13 | M | | |
| 338. Estate JJW - Administratrix | G | Int./Div. | P2 | T | | | | | |
| 339. - - BOA Checking Acct #1 | | | | | | | | | |
| 340. - - BOA Checking Acct #2 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - - Escrowed Funds - cash accts BOA & JPM (no control) | | | | | | | | | |
| 342.  - - BOA Brokerage Acct (see below) | | | | | | | | | |
| 343.  - - Columbia (BOFA) NY Tax Exempt Reserves | | | | | | | | | |
| 344.  - - CMA Ultra Short Term Bond Fund | | | | | | | | | |
| 345.  - - Marc Pharmaceutical stock | | | | | | | | | |
| 346.  - - Smith Barney Brokerage Account | | | | | | | | | |
| 347.  - - - Entrada Networks, Inc. | | | | | | | | | |
| 348.  - - - Neo-Stem, Inc. | | | | | | | | | |
| 349.  - - - Zhone Technolgies | | | | | | | | | |
| 350.  L Fam TR BW▮▮▮ | A | Int./Div. | P1 | W | | | | | |
| 351.  - - Membership Int in LFT, LLC | | | | | | | | | |
| 352.  - - Wachovia account | | | | | | | | | |
| 353.  - - UBS acct | | | | | Open | 07/10/13 | M | | |
| 354.  - - Membership interest in Unit 610, LLC | | | | | Buy | 04/22/13 | L | | |
| 355.  L Fam TR FW▮▮▮ | A | Int./Div. | P1 | W | | | | | |
| 356.  - - Membership Int in LFT, LLC | | | | | | | | | |
| 357.  - - Wachovia account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - - Membership interest in Unit 610, LLC | | | | | Buy | 04/22/13 | L | | |
| 359.  Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 360.  Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 361.  Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 362.  Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 363.  Rohlik Foundation, Inc., Trustee | E | Int./Div. | P1 | T | | | | | |
| 364.  - Fidelity Brokerage Acct MM Cash | | | | | | | | | |
| 365.  - - Nobel Corp. (NE) | | | | | | | | | |
| 366.  - - ADT Corp Com (ADT) | | | | | | | | | |
| 367.  - - AGL Res Inc. (GAS) | | | | | | | | | |
| 368.  - - Alexander & Baldwin (ALEX) | | | | | Sold | 02/19/13 | J | A | |
| 369.  - - American Financial Group (AFG) | | | | | | | | | |
| 370.  - - American Realty Capital Trust (ARCT) | | | | | Sold | 03/26/13 | K | A | |
| 371.  - - Apache Corp (APA) | | | | | | | | | |
| 372.  - - Apple, Inc. (AAPL) | | | | | | | | | |
| 373.  - - Ashland, Inc. (ASH) | | | | | | | | | |
| 374.  - - AT&T Inc. | | | | | Buy | 01/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  - - Avago Technologies (AVGO) | | | | | | | | | |
| 376.  - - Babcock & Wilcox Co New | | | | | Buy | 11/18/13 | K | | |
| 377.  - - Baxter Intl Inc. (BAX) | | | | | Sold | 04/22/13 | K | A | |
| 378.  - - Bed Bath & Beyond (BBBY) | | | | | Sold | 01/15/13 | K | A | |
| 379.  - - Berkshire Hathaway, Inc. (BRKB) | | | | | | | | | |
| 380.  - - Bunge Ltd Com | | | | | | | | | |
| 381.  - - Cardinal Health Inc. | | | | | Buy | 01/23/13 | K | | |
| 382.  - - CVS Caremark Corp (CVS) | | | | | | | | | |
| 383.  - - Celgene Corp (CELG) | | | | | Sold | 10/25/13 | J | C | |
| 384.  - - Chicago Bridge & Iron (CBI) | | | | | | | | | |
| 385.  - - Corrections Corp Amer New Com | | | | | Buy | 11/18/13 | K | | |
| 386.  - - Denbury Res Inc. (DNR) | | | | | | | | | |
| 387.  - - Devon Energy (DVN) | | | | | Sold | 05/16/13 | K | B | |
| 388.  - - Duke Energy Corp (DUK) | | | | | Sold | 03/26/13 | K | A | |
| 389.  - - Ensco PLC Spon ADR | | | | | Sold | 04/22/13 | K | A | |
| 390.  - - Exact Sciences Corp (EXAS) | | | | | | | | | |
| 391.  - - Express Scripts (ESRX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - - FISERV, Inc. (FISV) | | | | | Sold | 01/18/13 | K | A | |
| 393. - - FXCM Inc. | | | | | Buy | 11/19/13 | K | | |
| 394. - -Fifth Third Bancorp | | | | | Buy | 11/20/13 | J | | |
| 395. - - First Citizens Bancshares | | | | | Buy | 11/20/13 | K | | |
| 396. - - GlaxoSmithKline ADR | | | | | Buy | 08/27/13 | K | | |
| 397. - - Global Brass & Copper Holdings | | | | | Buy | 11/19/13 | K | | |
| 398. - - Google, Inc. CL A (GOOG) | | | | | | | | | |
| 399. - - Greif Inc. Class A | | | | | Buy | 11/25/13 | K | | |
| 400. - - HCA Holdings, Inc. | | | | | Buy | 01/23/13 | K | | |
| 401. - - Hologic Inc. | | | | | Buy | 07/19/13 | K | | |
| 402. - - Intel Corp (INTC) | | | | | Sold | 07/24/13 | J | B | |
| 403. - - Intl Business Mach (IBM) | | | | | Sold | 05/16/13 | K | A | |
| 404. - - Jones Lang LaSalle, Inc. | | | | | Buy | 11/18/13 | K | | |
| 405. - - JP Morgan (JPM) | | | | | | | | | |
| 406. - - Kinder Morgan, Inc. DEL | | | | | | | | | |
| 407. - - Kla-Tencor Corp | | | | | Buy | 11/18/13 | K | | |
| 408. - - Kroger Co (KR) | | | | | Sold | 07/31/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 409. - - LAM Research Corp | | | | | Buy | 10/22/13 | J | | |
| 410. - - Microsoft Corp (MSFT) | | | | | Sold | 07/24/13 | K | C | |
| 411. - - Navigators Group, Inc. | | | | | Buy | 11/21/13 | K | | |
| 412. - - NII Holdings Inc. New | | | | | Sold | 02/08/13 | J | A | |
| 413. - - Nobel Energy (NBL) | | | | | Sold | 04/22/13 | K | D | |
| 414. - - Northeast Utilities (NU) | | | | | | | | | |
| 415. - - Norweigian Cruise Line Holdings, Ltd | | | | | Buy | 08/09/13 | K | | |
| 416. - - Oracle Corp (ORCL) | | | | | | | | | |
| 417. - - Peoples UTD FINL Inc. | | | | | Sold | 11/18/13 | J | | |
| 418. - - Pfizer, Inc. (PFE) | | | | | | | | | |
| 419. - - Pico Holdings Inc. | | | | | Buy | 11/22/13 | K | | |
| 420. - - Proctor & Gamble Co (PG) | | | | | | | | | |
| 421. - - Qualcomm Inc. | | | | | | | | | |
| 422. - - Robert Half Intl, Inc. (RHI) | | | | | Sold | 12/23/13 | K | D | |
| 423. - - Sempra Energy (SRE) | | | | | Sold | 08/13/13 | J | A | |
| 424. - - Shire ADR (SHPGY) | | | | | Sold | 04/25/13 | K | B | |
| 425. - - Stewart Information Svcs Corp | | | | | Buy | 11/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 52

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - - Synopsys, Inc. | | | | | | | | | |
| 427. - - TD Ameritrade (AMTD) | | | | | Sold | 10/25/13 | J | D | |
| 428. - - Teradata Corp Del | | | | | | | | | |
| 429. - - TEVA Pharmaceutical (TEVA) | | | | | Sold | 08/06/13 | K | | |
| 430. - - Time Warner Inc. | | | | | Sold | 10/07/13 | K | D | |
| 431. - - Titan Machy, Inc. (TITN) | | | | | Sold | 02/22/13 | J | A | |
| 432. - - Tortoise MLP Fund | | | | | Sold | 03/12/13 | K | B | |
| 433. - - Vectren Corp | | | | | Buy | 11/22/13 | K | | |
| 434. - - Verizon Communications (VZ) | | | | | | | | | |
| 435. - - White Mountains Insurance Group | | | | | Buy | 08/13/13 | K | | |
| 436. - - US Treas Nts 2/28/2013 | | | | | | | | | |
| 437. - - US Treas Nts 2/15/2018 | | | | | | | | | |
| 438. - - (3) Israel Bonds | | | | | | | | | |
| 439. W Fam Foundation, Director and President | D | Int./Div. | N | T | | | | | |
| 440. - - Morgan Keegan MM (EXCHANGE LINE 441) | | | | | Merged (with line 441) | 02/19/13 | J | | |
| 441. - - Raymond James Bank Dep Program (EXCHANGE LINE 440) | | | | | Open | 02/19/13 | J | | |
| 442. - -Invesco Convertible Securities Fund Class A | | | | | Buy | 09/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 52

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - - Dodge & Cox Income Fund | | | | | | | | | |
| 444. - - Lateef Fund I | | | | | | | | | |
| 445. - - Wasatch 1st Source Monogram Fund | | | | | | | | | |
| 446. - - Federated Total Return Bond Fund | | | | | Sold | 03/12/13 | K | | |
| 447. - - James Alpha Global Enhanced Real Rtn A | | | | | Sold | 07/10/13 | K | A | |
| 448. - - Invesco Balanced Risk Alloc Fund Cl A | | | | | | | | | |
| 449. - - Nuveen Santa Barbara Growth A | | | | | | | | | |
| 450. - -Osterweis Strat Income Fund | | | | | Buy | 08/15/13 | K | | |
| 451. - - First Eagle Fund of America CL A | | | | | | | | | |
| 452. - - Prudential Absolute Return Bond A - EXCHANGE | | | | | Merged (with line 455) | 07/22/13 | J | | |
| 453. - -Prudential Floating Rate Income Fund EXCHANGE | | | | | Open | 07/22/13 | J | | |
| 454. - - Prudential Short Duration High Yield Income Fund | | | | | Buy | 09/10/13 | K | | |
| 455. - - Wells Fargo Absolute Return Ad Admin | | | | | | | | | |
| 456. R Fam. Foundation, Director | F | Int./Div. | P1 | T | | | | | |
| 457. - - Cullen High Dividend Equity Fund | | | | | | | | | |
| 458. - - GS Bren SPX 1/2/14 | | | | | | | | | |
| 459. - - Barc Cont Buff EQ SPX | | | | | Sold | 06/20/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 52

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  - -GS Market Plus SPX | | | | | | | | | |
| 461.  - -GS Cont Buff EQ SPX | | | | | Sold | 06/20/13 | K | C | |
| 462.  - - JPM Larg Cap Growth FD - SEL | | | | | | | | | |
| 463.  - - Professionally Managed Portfolios - the Osterweis Fund | | | | | Sold | 04/05/13 | M | E | |
| 464.  - - SIT MUT FDS Inc Dividend Growth | | | | | | | | | |
| 465.  - - SPDR S&P 500 ETF Trust | | | | | | | | | |
| 466.  - - Aston River Rd Div All CAP VAL FD | | | | | | | | | |
| 467.  - - IShares S&P Mid Cap 400 Index Fund | | | | | | | | | |
| 468.  - - GS Bren EAFE 11/20/13 | | | | | Sold | 11/20/13 | K | D | |
| 469.  - - Artisan Intl Value Fund - Inv | | | | | | | | | |
| 470.  - - Dodge & Cox International Stock | | | | | | | | | |
| 471.  - - IShares MSCI EAFE Index Fund | | | | | Buy | 08/05/13 | K | | |
| 472.  - - Vanguard FTSE Europe ETF | | | | | | | | | |
| 473.  - - Aberdeen Asia Pacifi Ex Japan Equity Inst Fd | | | | | | | | | |
| 474.  - - Vanguard FTSE Emerging Markets ETF | | | | | Sold | 03/01/13 | M | A | |
| 475.  - - Matthews Asia Div Inst | | | | | | | | | |
| 476.  - - Virtus Emerging Mkts Oppor - I | | | | | Buy | 03/08/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 52

**Name of Person Reporting**

White, Helene N.

**Date of Report**

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - - Barc Brent Leveraged CBEN 10/9/13 | | | | | Sold | 10/09/13 | J | | |
| 478. - - Arbitrage Funds - I | | | | | Sold | 01/18/13 | J | | |
| 479. - - Eaton Vance Mut Fds TR Global Macro - I | | | | | | | | | |
| 480. - - Equinox Funds TR | | | | | Buy | 06/27/13 | L | | |
| 481. - - Gateway Fund - Y | | | | | | | | | |
| 482. - - Pimco Unconstrained Bond-P | | | | | Buy | 01/28/13 | M | | |
| 483. - - Pimco Commodity PL Strat-P | | | | | Buy | 12/18/13 | L | | |
| 484. - - JPM US Real Estate FD - Sel | | | | | Sold | 09/19/13 | K | B | |
| 485. - - Highbridge Dynamic Comm Strg Fd | | | | | Sold | 01/28/13 | K | | |
| 486. - - Powershares DB Comm Index Tracking Fd | | | | | Sold | 12/18/13 | M | | |
| 487. - - Doubleline FDS TR | | | | | | | | | |
| 488. - - Eaton Vance Floating Rate I | | | | | | | | | |
| 489. - - JPM Strat Income Opport Fund - SEL | | | | | Buy | 06/27/13 | M | | |
| 490. - - JPM Short Duration Bond Fund - SEL | | | | | Buy | 06/27/13 | M | | |
| 491. - - JPM Inflation MGD Bond Fund - SEL | | | | | Buy | 06/27/13 | L | | |
| 492. - - JPM High Yield Fd - Sel | | | | | Sold | 01/28/13 | J | | |
| 493. - - JPM TR I InFL Managed Bd | | | | | Sold | 12/13/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 52

**Name of Person Reporting**

White, Helene N.

**Date of Report**

10/16/2014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - - Vanguard FI Secs F INtr TRM CP PT | | | | | Sold | 03/01/13 | K | A | |
| 495. - - Blackrock High Yield Bond | | | | | | | | | |
| 496. - - Templeton Global Bond Fund - AD | | | | | Buy | 01/17/13 | K | | |
| 497. - - Ridgeworth FDS | | | | | Sold | 06/27/13 | M | | |
| 498. - -BARC 95% PPN FX Basket 1/22/13 | | | | | Sold | 01/22/13 | K | | |
| 499. - - HSBC Americas Market Plus | | | | | Sold | 09/13/13 | J | B | |
| 500. - - BARC 93% PPN BRIC Basket 9/26/13 | | | | | Sold | 09/26/13 | K | | |
| 501. - - Dreyfus / Laurel Fds TR | | | | | Sold | 07/22/13 | L | | |
| 502. - - WTS American Intl Group, Inc. | | | | | Buy | 04/05/13 | J | | |
| 503. Brokerage Acct #10 (McAdams Wright Ragen) | | | | | | | | | |
| 504. - - Money Market Fund | B | Dividend | N | T | | | | | |
| 505. - - Ash Grove Cem Co. | B | Dividend | M | T | | | | | |
| 506. - - Automatic Data Processing | D | Dividend | N | T | | | | | |
| 507. - - Berkshire Hataway Inc. Del CL A Fmly Common | | None | N | T | | | | | |
| 508. - - Boswell JG CO Com | B | Dividend | N | T | | | | | |
| 509. - - Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 510. - - Campbell Soup Co. | D | Dividend | | | Sold | 02/14/13 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 52

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - - Coca Cola Co. | C | Dividend | M | T | | | | | |
| 512. - - Columbia Sportsware | C | Dividend | N | T | | | | | |
| 513. - - Conocophillips | | None | | | Sold | 01/30/13 | M | F | |
| 514. - - Corning, Inc. | D | Dividend | N | T | | | | | |
| 515. - - Digital Realty TR Inc | | None | M | T | Buy | 11/11/13 | M | | |
| 516. - - Encana Corp. Com | D | Dividend | | | Sold | 09/25/13 | M | | |
| 517. - - El Paso Pipeline Partners LP Com Unit LTD | E | Dividend | M | T | | | | | |
| 518. - - Enterprise Products PPTNS LP | E | Dividend | N | T | | | | | |
| 519. - - Entergy New Orleans PFD | D | Dividend | M | T | | | | | |
| 520. - - Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 521. - - First Natl BK Alaska | C | Dividend | M | T | | | | | |
| 522. - - Health Care Reit, Inc. | D | Dividend | | | Sold | 05/23/13 | K | E | |
| 523. - - Intel Corp | D | Dividend | M | T | | | | | |
| 524. - - Johnson & Johnson | D | Dividend | M | T | | | | | |
| 525. - - Kohl's Corp | C | Dividend | L | T | Buy | 03/26/13 | L | | |
| 526. - - M&T Bank Corp. | C | Dividend | | | Sold | 06/26/13 | N | G | |
| 527. - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - - Microsoft Corp. | C | Dividend | M | T | | | | | |
| 529. - - Mosaic Co. New Com | C | Dividend | | | Sold | 12/20/13 | M | | |
| 530. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 531. - - Newmont Mng Corp HIDG Co | C | Dividend | | | Sold | 09/26/13 | M | | |
| 532. - - Novo-Nordisk AS ADR | | None | M | T | Buy | 05/31/13 | M | | |
| 533. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 534. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 535. - - Pacificorp | D | Dividend | | | Sold | 11/08/13 | M | E | |
| 536. - - Pardee Resources Co. | C | Dividend | M | T | | | | | |
| 537. - - Peco Energy | B | Dividend | | | Sold | 05/01/13 | M | E | |
| 538. - - Penn VA Resource (PVR) Partners LP Com Unit Repstg LTD | E | Dividend | N | T | | | | | |
| 539. - - Phillips 66 | A | Dividend | | | Sold | 04/18/13 | L | E | |
| 540. - - Rayonier, Inc. | D | Dividend | M | T | Buy (add'l) | 12/20/13 | K | | |
| 541. - - Republic Services, Inc. | D | Dividend | N | T | | | | | |
| 542. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 543. - - San Juan Basin Realty TR Unit Ben Int | D | Int./Div. | M | T | Buy | 01/14/13 | M | | |
| 544. - - Schnitzer Stl Inds | C | Dividend | M | T | Buy | 03/14/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 52

Name of Person Reporting

White, Helene N.

Date of Report

10/16/2014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 05/17/13 | M | | |
| 546. - - Southern Co. | D | Dividend | M | T | | | | | |
| 547. - - Sysco Corp. | D | Dividend | M | T | | | | | |
| 548. - - Tesla Mtrs Inc. | | None | O | T | | | | | |
| 549. - - Ventas, Inc. | D | Dividend | M | T | | | | | |
| 550. - - Virginia Electric & Pwr Co PFD | D | Dividend | L | T | | | | | |
| 551. - - Vodafone Group PLC New | D | Dividend | M | T | | | | | |
| 552. - - WTB Finl Corp CMT CL B COM Non Vtg | B | Dividend | M | T | | | | | |
| 553. - - Wisconsin Pub SVC Corp PFD | D | Dividend | M | T | | | | | |
| 554. - -XYLEM, Inc. | C | Dividend | N | T | | | | | |
| 555. - -Ann Arbor Mich Trans FDR REF | B | Interest | L | T | | | | | |
| 556. - -Baltimore Cnty, MD CTFS | D | Interest | N | T | | | | | |
| 557. - -Benton Cnty, Wash GO Ser 2003 | D | Interest | N | T | | | | | |
| 558. - -Georgia State GO BDS Ser 2007 | C | Interest | M | T | | | | | |
| 559. - - Det Mich City SCH Dist GO BDS SER | D | Interest | | | Sold | 05/01/13 | N | | |
| 560. - - Eastern Mich Univ Revs Rev BDS | B | Interest | | | Sold | 06/03/13 | L | | |
| 561. - - Detroit Mich WTR Supply SYS REV | D | Interest | | | Sold | 07/01/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562.  - - Orchard View Mich SCHS GO BDS | D | Interest | | | Sold | 11/01/13 | M | | |
| 563.  - - Macomb CNty Mich Hosp FIN Auth | E | Interest | | | Sold | 11/15/13 | N | | |
| 564.  - - Eaton Rapids Mich Pub SCHS GO School BDS | E | Interest | O | T | | | | | |
| 565.  - - Southfield Mich Pub SCHS GO School BDS | D | Interest | N | T | | | | | |
| 566.  - - Southfield Mich Pub SCHS GO School BDS | D | Interest | M | T | | | | | |
| 567.  - - Wayne Mich LTD GO BDS SER | E | Interest | O | T | | | | | |
| 568.  - - Puerto Rico Comwlth Hwy & Transp | E | Interest | N | T | | | | | |
| 569.  - - Puerto Rico Comwlth Hwy & Transp | C | Interest | M | T | | | | | |
| 570.  - - Puerto Rico Comwlth Hwy & Transp | D | Interest | M | T | | | | | |
| 571.  - - Puerto Rico Comwlth REFGO Bds Ser 2006A | C | Interest | M | T | | | | | |
| 572.  - - Puerto Rico Elec Pwr Quth Pwr | D | Interest | N | T | | | | | |
| 573.  - - Puerto Rico Comwlth Hwy & Trans Auth | D | Interest | M | T | | | | | |
| 574.  - - Dallas, TX GO Bds | D | Interest | N | T | | | | | |
| 575.  - - King Cnty, Wash Ltd Tax GO | E | Interest | O | T | | | | | |
| 576.  - - Ann Arbor Mich LTD GO BDS MAINTENANCE | D | Interest | M | T | | | | | |
| 577.  - - Battle Creek Mich LTD GO REF BDS | D | Interest | N | T | | | | | |
| 578.  - - Three Rivers Mich Cmnty SCHS GO | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  - - Detroit Mich Sew Disprev | E | Interest | N | T | | | | | |
| 580.  - - Oregon State Dept Trans | C | Interest | M | T | | | | | |
| 581.  - - Utah State GO BDS Ser 2009C | D | Interest | M | T | | | | | |
| 582.  - - King Cnty, Wash Sch Dist No 405 | D | Interest | N | T | | | | | |
| 583.  - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | | | | | |
| 584.  - -Northview, MI Pub Sch | D | Interest | N | T | | | | | |
| 585.  - - Conroe, Texas Indpt Sch Dist GO | | None | N | T | Buy | 11/22/13 | N | | |
| 586.  - - King Co Washington Sch Dist No 411 | D | Interest | L | T | Buy | 07/08/13 | L | | |
| 587.  - - Minnesota State GO ST Truck SWY Bds | | None | N | T | Buy | 11/21/13 | N | | |
| 588.  - - North Thurston Pub Schls Washington GO Ref Bds | | None | M | T | Buy | 07/09/13 | M | | |
| 589.  - - Overland Park KS Internal | A | Interest | M | T | Buy | 06/20/13 | M | | |
| 590.  - - San Antonio Tex Gen Impt Bds | C | Interest | N | T | Buy | 05/10/13 | N | | |
| 591.  - - Seattle, Wash GO Impt Bds | B | Interest | M | T | Buy | 05/23/13 | M | | |
| 592.  Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 593.  - - BOFA Tax Exempt Reserves | A | Interest | K | T | | | | | |
| 594.  - - Eaton Vance Income Fund Boston CL 1 | D | Dividend | M | T | | | | | |
| 595.  - - ETRACS Alerian MLP Infra | A | Dividend | M | T | Buy | 06/19/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - - Pimco Com Real Return Fund | A | Dividend | | | Sold | 06/14/13 | M | D | |
| 597. - -Pimco Emerging Mkt Currency Fund | A | Dividend | | | Sold | 06/14/13 | M | D | |
| 598. - - IShares MSCI Australia Index | A | Dividend | | | Sold | 06/18/13 | M | D | |
| 599. - - IShares TR Cohen & Steers Realty | D | Dividend | M | T | | | | | |
| 600. - - IShares MSCI CDA Index Fund | B | Dividend | | | Sold | 06/18/13 | M | D | |
| 601. - - IShares TR MSCI Emerging Markets | B | Dividend | L | T | | | | | |
| 602. - - IShares MSCI Hong Kong Index Fund | B | Dividend | | | Sold | 06/18/13 | M | E | |
| 603. - -IShares S&P Latin America | A | Dividend | | | Sold | 04/18/13 | M | | |
| 604. - - IShares S&P NA Natl Resources Index Fund | A | Dividend | | | Sold | 04/18/13 | M | E | |
| 605. - - IShares MSCI EAFE ETF | C | Dividend | M | T | Buy | 06/19/13 | M | | |
| 606. - - Franklin Ftlg Rate Daily Access | C | Dividend | M | T | Buy | 01/02/13 | M | | |
| 607. - - Wisdomtree Emerging Markets | A | Dividend | | | Sold | 12/02/13 | K | A | |
| 608. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 609. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 610. - - Columbia Acorn TR Fund CL Z | C | Dividend | L | T | | | | | |
| 611. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | Sold (part) | 04/19/13 | M | E | |
| 612. - - Cook Cnty Ill GO Bonds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |
| 614. - - BA Hedge Fund OZ Domestic Partners II | | None | | | Distributed | 08/05/13 | O | | |
| 615. - - BA Hedge Fund Kingdon Asso | | None | | | Distributed | 08/05/13 | N | | |
| 616. - - Clarksville, Tenn Elec Sys. Rev Bond | D | Interest | N | T | | | | | |
| 617. - - Ithaca City NY Pub Imp Bds | D | Interest | N | T | | | | | |
| 618. - - Ohio State Wtr Dev Auth | D | Interest | N | T | | | | | |
| 619. - - Cedar Park, Tex GO Ref Bonds | D | Interest | N | T | | | | | |
| 620. - - Clark Cnty Nev LDT Tax Ref Bonds | E | Interest | N | T | | | | | |
| 621. - - Clark Cnty Nev for Issues dtd GO LTD Tax Trans Ref Bds | D | Interest | N | T | | | | | |
| 622. - - JEA Fla Elec Sys Rev Bonds | D | Interest | M | T | | | | | |
| 623. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 624. - - Royce Opp Fund | | None | M | T | | | | | |
| 625. - - Hillsborough Cnty Fla Environmental BD | D | Interest | N | T | | | | | |
| 626. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 627. - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 628. - - Altria Group, Inc. | B | Dividend | K | T | | | | | |
| 629. - - AT&T | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - - BCE, Inc. | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 631.  - - Boeing Co | A | Dividend | K | T | | | | | |
| 632.  - - Chevron Corp | A | Dividend | K | T | | | | | |
| 633.  - - Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 634.  - - Conoco Philips | B | Dividend | K | T | | | | | |
| 635.  - - Corning, Inc. | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 636.  - - Diamond Offshore Drilling, Inc. | A | Dividend | K | T | Buy | 02/25/13 | K | | |
| 637.  - - Dominion Resources | A | Dividend | K | T | | | | | |
| 638.  - - DuPont El De Nemours & Co. | A | Dividend | K | T | | | | | |
| 639.  - - General Electric | A | Dividend | K | T | | | | | |
| 640.  - - Heinz HJ Co. | A | Dividend | | | Sold | 06/10/13 | K | D | |
| 641.  - - Intel Corp | A | Dividend | K | T | | | | | |
| 642.  - - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 643.  - - JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 644.  - - Kimberly Clark | A | Dividend | K | T | | | | | |
| 645.  - - Kraft Foods | A | Dividend | | | Sold | 12/17/13 | J | C | |
| 646.  - - Lilly Eli & Co | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - -Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 648. - - MetLife, Inc. | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 649. - - Microsoft Corp. | A | Dividend | K | T | | | | | |
| 650. - - Mondelez Intl, Inc. | | None | | | Sold | 03/28/13 | K | D | |
| 651. - - Nextera Energy | A | Dividend | K | T | | | | | |
| 652. - - Philip Morris Intl | A | Dividend | K | T | | | | | |
| 653. - - Raytheon Co. | A | Dividend | K | T | | | | | |
| 654. - - Travelers Cos, Inc. | A | Dividend | K | T | | | | | |
| 655. - - Verizon Comm | A | Dividend | | | Sold | 02/27/13 | K | D | |
| 656. - - 3M Co. | A | Dividend | K | T | | | | | |
| 657. - -Genuine Parts Co. | A | Dividend | K | T | | | | | |
| 658. - - Astrazeneca PLC | B | Dividend | K | T | | | | | |
| 659. - - Diagio PLC | A | Dividend | K | T | | | | | |
| 660. - - HSBC Holdings | A | Dividend | K | T | | | | | |
| 661. - -Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 662. - - Unilever NV | A | Dividend | K | T | | | | | |
| 663. - -Vodafone | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  - - HCP Reit | A | Dividend | K | T | | | | | |
| 665.  - -Health Care Reit | A | Dividend | K | T | | | | | |
| 666.  - Brokerage Account #11 US Trust Sub-Acct C | | | | | | | | | |
| 667.  - - BOFA Tax Exempt Fund | A | Int./Div. | J | T | | | | | |
| 668.  - - Adobe Sys, Inc. | A | Dividend | K | T | Buy | 12/06/13 | K | | |
| 669.  - - Allergan, Inc. | A | Dividend | | | Sold | 06/27/13 | K | C | |
| 670.  - - Amazon | | None | K | T | | | | | |
| 671.  - - Apple, Inc. | | None | K | T | | | | | |
| 672.  - - Biogen Idec Inc. | | None | K | T | | | | | |
| 673.  - - Cameron Intl Corp | | None | | | Sold | 11/05/13 | K | C | |
| 674.  - - Caterpillar Inc. | A | Dividend | | | Sold | 04/08/13 | J | | |
| 675.  - - Celegene Corp | A | Dividend | K | T | Buy | 03/15/13 | K | | |
| 676.  - - Cerner Corp | | None | K | T | | | | | |
| 677.  - - Chipolte Mexican Grill | A | Dividend | K | T | | | | | |
| 678.  - - Citrix Sys Inc. | A | Dividend | K | T | | | | | |
| 679.  - - CME Group, Inc. | A | Dividend | K | T | Buy | 06/25/13 | K | | |
| 680.  - - Cognizan Technology Solutions CL A | | None | | | Sold | 04/29/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - - Cummins, Inc. | A | Dividend | K | T | Buy | 02/18/13 | K | | |
| 682. - - Ebay, Inc. | | None | | | Sold | 03/07/13 | K | B | |
| 683. - - Ecolab, Inc. | A | Dividend | K | T | Buy | 07/26/13 | K | | |
| 684. - - EMX Corp | | None | | | Sold | 07/15/13 | K | | |
| 685. - - Expeditors Intl Wash, Inc. | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 686. - - Express Scripts, Inc. | | None | | | Sold | 01/08/13 | J | B | |
| 687. - - Facebook, Inc. | A | Dividend | K | T | Buy | 10/15/13 | K | | |
| 688. - - Gilead Sciences, Inc. | A | Dividend | K | T | Buy | 05/20/13 | K | | |
| 689. - - Linked In Corp | A | Dividend | J | T | | | | | |
| 690. - - Lululemon | | None | | | Sold | 05/20/13 | J | A | |
| 691. - - Michael Kors Holdings, Ltd | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 692. - - Monsanto Co, New | A | Dividend | K | T | | | | | |
| 693. - - Priceline.com, Inc. New | A | Dividend | K | T | | | | | |
| 694. - - Qualcomm, Inc. | A | Dividend | K | T | | | | | |
| 695. - - Schlumberger Ltd | A | Dividend | | | Sold | 05/23/13 | K | | |
| 696. - - Schwab Charles Corp New | A | Dividend | K | T | Buy | 05/20/13 | K | | |
| 697. - - Starbucks Corp | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  - - Twenty-First Century Fox | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 699.  - - Union Pacific Corp. | A | Dividend | | | Sold | 01/08/13 | J | C | |
| 700.  - - Alliance Data Sys Corp | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 701.  - - Alexion Parmaceuticals, Inc. | | None | K | T | | | | | |
| 702.  - -FMC Technologies, Inc. | A | Dividend | K | T | Buy | 11/05/13 | K | | |
| 703.  - -Mohawk Inds Inc. | | None | K | T | Buy | 11/01/13 | K | | |
| 704.  - - Canandian PAC RY Ltd | A | Dividend | K | T | Buy | 01/28/13 | K | | |
| 705.  - - Catamaran Corp Cananda | A | Dividend | K | T | Buy | 01/11/13 | K | | |
| 706.  - - Perrigo Co. | A | Dividend | | | Sold | 02/08/13 | J | D | |
| 707.  - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 708.  - - Affiliated Managers Group | A | Dividend | K | T | | | | | |
| 709.  - - Fastenal Co | A | Dividend | | | Sold | 12/20/13 | K | A | |
| 710.  - - Hunt JB Trans Svcs Inc. | A | Dividend | K | T | | | | | |
| 711.  - - Teradata Corp | A | Dividend | | | Sold | 05/08/13 | J | | |
| 712.  - - Tractor Supply Co | A | Dividend | K | T | | | | | |
| 713.  - - Vertex Pharmaceuticals, Inc. | A | Dividend | | | Sold | 03/22/13 | J | B | |
| 714.  529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 716. 529 Plan #3 - MS (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 717. 529 Plan #4 - TES (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 718. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | K | T | Buy | 12/06/13 | K | | |
| 719. Brokerage Acct # 12 (Morgan Stanley) | | | | | | | | | |
| 720. - - Money Market Funds | A | Interest | L | T | | | | | |
| 721. - - Detroit Sewer Bond Ser C | D | Interest | M | T | | | | | |
| 722. - - Genesee Mich Bond | D | Interest | N | T | | | | | |
| 723. - - Fla St Bd Ed | B | Interest | | | Redeemed | 09/27/13 | M | | |
| 724. - - Miami Dade Bond (Co FL Edl Facs) | C | Interest | M | T | | | | | |
| 725. - - Puerto Rico Elec Bond Ser TT | B | Interest | | | Sold | 05/01/13 | M | C | |
| 726. - - Det Mich Sew Disp Rev Ref Ser A Bond | C | Interest | K | T | | | | | |
| 727. - - Detroit Mich Sew Disp Rev Sen Lien A | C | Interest | L | T | | | | | |
| 728. - -Detroit Mich Sew Disp Rev Sen Lien C | B | Interest | K | T | | | | | |
| 729. - - Michigan State Bldg Auth Rev Bond | A | Interest | | | Redeemed | 10/15/13 | K | | |
| 730. - - Det Water Supply Systems Bond Ser A | D | Interest | M | T | | | | | |
| 731. - - Philadelphia PA Water & Waste Water Rev Ref Ser A | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - Puerto Rico Elec Power Bond Ser XX | C | Interest | | | Sold | 05/01/13 | M | | |
| 733. - - Chicago, Ill GO Bond | C | Interest | M | T | | | | | |
| 734. - - Puerto Rico Electric Bond Ser TT | B | Interest | | | Sold | 05/01/13 | M | | |
| 735. - - FL State Dept Env Protectin Bond | D | Interest | M | T | | | | | |
| 736. - - Sunrise FL Utility Bond | D | Interest | M | T | | | | | |
| 737. - - Alachua Co. FL School Board Bond | A | Interest | | | Sold | 07/30/13 | M | C | |
| 738. - - Utah WTR FIN AGY Bond | D | Interest | M | T | | | | | |
| 739. - - Allegheny Co PA GO Bond | D | Interest | M | T | | | | | |
| 740. - - Neveda State Higher Ed Bond | C | Interest | L | T | | | | | |
| 741. - - Miami-Dade Co, FL School Board Bond | C | Interest | M | T | | | | | |
| 742. - - Puerto Rico Comwlth Genl Obl Bond | B | Interest | | | Sold | 05/01/13 | L | | |
| 743. - - Det Mich Water Supply Series D Bond | D | Interest | M | T | | | | | |
| 744. - - Wisconsin State Health & Ed Bond | D | Interest | M | T | | | | | |
| 745. - - Puerto Rico Comm Pub Impt Ref Ser A | C | Interest | | | Sold | 05/01/13 | M | | |
| 746. - - Puerto Rico Sales Tax FING Corp Bond | C | Interest | | | Sold | 05/01/13 | N | D | |
| 747. - - Blackrock National Muni C | B | Dividend | | | Sold | 07/30/13 | M | D | |
| 748. - - Blackrock Global Allocation C | A | Dividend | M | T | Buy | 05/06/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  - - First Eagle Global C | A | Dividend | M | T | Buy | 05/06/13 | M | | |
| 750.  - - Templeton Global Bond Fund C | A | Dividend | M | T | Buy | 05/06/13 | M | | |
| 751.  - - Invesco Balanced-Risk Alloc C | A | Dividend | N | T | | | | | |
| 752.  - - Unit First Trust Strategic Income Adv CE 24 | | None | | | Sold | 01/04/13 | M | | |
| 753.  - - Unit First Trust Int Rate Hedge 55 | D | Dividend | M | T | | | | | |
| 754.  - - Unit First Trust Target Gobal Div 2nd Qtr 12 | C | Dividend | | | Sold | 06/14/13 | N | E | |
| 755.  - -Unit First Trust Target Gobal Div 4th Qtr 12 | D | Dividend | M | T | | | | | |
| 756.  - - Unit First Trust Strat Inc Adv Select CE 33 | A | Dividend | M | T | Buy | 01/04/13 | M | | |
| 757.  - - Unit First Trust Target Global Div Leaders 2nd Q 13 | B | Dividend | N | T | Buy | 06/14/13 | N | | |
| 758.  - - Unit Guggenheim Closed-End Inf & MLP 10 | A | Dividend | | | Sold | 04/15/13 | M | E | |
| 759.  - -Unit Guggenheim Closed-end Infra & MLP 11 | B | Dividend | | | Sold | 10/11/13 | M | C | |
| 760.  - - Unit Guggenheim MLP 1 | D | Dividend | N | T | | | | | |
| 761.  - - Unit Guggenheim MLP 3 | A | Dividend | M | T | Buy | 10/01/13 | M | | |
| 762.  - - Unit Van Kampen High Income Allocation 2 | A | Dividend | M | T | Buy | 04/24/13 | M | | |
| 763.  Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 764.  - - CMA Funds | A | Interest | J | T | | | | | |
| 765.  - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 767. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 768. - - MS Focus Growth Fd A | | | | | | | | | |
| 769. Remic Fund 46 | C | Distribution | M | T | | | | | |
| 770. Option on Real Property in NYC | | None | P1 | T | | | | | |
| 771. Remic Fund 50 | D | Distribution | K | T | | | | | |
| 772. Home Properties, LLC | G | Rent | N | U | | | | | |
| 773. - - Real Property Oak Park Michigan | | | | | | | | | |
| 774. Well Zoo (Equity Interest) | | None | M | T | Buy | 11/15/13 | M | | |
| 775. RCF Telecom (Membership Interest) | | None | N | T | Buy | 11/15/13 | N | | |
| 776. ▆▆▆ LLC (Membership Interest) Snowmass, Colorado | C | Rent | N | W | Buy | 04/25/13 | N | | Snowmass Acquisition Compa |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 248   Note taken for loan.

| Name of Person Reporting | Date of Report |
|---|---|

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544